**Exhibit A to the Complaint**

**Location:** Enfield, CT

**Total Works Infringed:** 49

**IP Address:** 70.172.200.253

**ISP:** Cox Communications

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | 9393F392C1FAD6127C883E6B75F6B58821A40410 | 01/25/2019 00:04:01 | Blacked | 10/22/2018 | 11/25/2018 | PA0002136653 |
| 2 | 01803C654FBB1DB6CA3F00CDB3615E0B0BD30FA1 | 01/27/2019 20:41:37 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 3 | 0A63D1DC5B920F43372D8DAC44BE198EFF11836C | 02/10/2019 17:14:23 | Tushy | 05/16/2017 | 06/22/2017 | PA0002039300 |
| 4 | 0CEAC20A97C692BE4BA6F6D3DBBBF98215436658 | 01/24/2019 01:21:09 | Blacked | 03/01/2018 | 04/12/2018 | PA0002091580 |
| 5 | 0DD3276F902204088B854E5F711DA30F5E893A61 | 01/08/2019 03:04:46 | Vixen | 12/05/2017 | 01/04/2018 | PA0002097413 |
| 6 | 13E70BE2BD89EC16AA2F48C8370B7EB6CC446C52 | 01/13/2019 17:50:29 | Tushy | 12/27/2017 | 01/23/2018 | PA0002101754 |
| 7 | 17132995D1EBE0F2361F9EEB998C6DE850DE46DE | 01/21/2019 23:09:28 | Blacked | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 8 | 1C3A83E0CEEED126BA0F4C3E44AF7AD9DFB89AE6 | 12/24/2018 14:53:39 | Tushy | 10/28/2018 | 12/10/2018 | PA0002145831 |
| 9 | 1D40D2F4C8ABDEDAE37F420DB83EA3292C19945F | 12/30/2018 17:50:29 | Tushy | 03/17/2018 | 04/17/2018 | PA0002116750 |
| 10 | 1E67DE039B64675913542CB2412BE54790434246 | 02/02/2019 18:10:34 | Blacked | 04/10/2017 | 06/15/2017 | PA0002037582 |
| 11 | 1F93E1813574FF9ED7DE428E274DA9BB43405B3A | 01/25/2019 00:24:05 | Tushy | 09/18/2017 | 10/09/2017 | PA0002086139 |
| 12 | 24F17708EFCAC58DF9FDADED47654864C1F4DB52 | 01/07/2019 02:54:55 | Vixen | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 13 | 2A605A06D26DD7077ED45EBD649947BA09AAD98D | 12/21/2018 16:33:00 | Tushy | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 14 | 3595316CCA479043472C8512B52F63F047E77C58 | 12/30/2018 18:25:23 | Tushy | 04/11/2018 | 05/23/2018 | PA0002101305 |
| 15 | 3BAD52C8FBA09BABA328F1CDEB5FC5826AFB1B1A | 01/31/2019 22:46:33 | Tushy | 10/13/2018 | 11/01/2018 | PA0002143435 |
| 16 | 3DA1DDE67FE163BE0128FF3E98076BECFAD985CA | 01/25/2019 23:25:22 | Blacked | 11/21/2018 | 01/22/2019 | PA0002149833 |
| 17 | 428BF9F153D35682012EE51FBDD770EF5EE9E220 | 12/30/2018 01:13:56 | Tushy | 11/12/2018 | 12/10/2018 | PA0002145826 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | 46657A0D537BDE2011466635C4942788C9B3C075 | 02/10/2019 14:20:31 | Vixen | 02/13/2018 | 03/02/2018 | PA0002104793 |
| 19 | 46FD0CAE2B1597D84469444DC7AA2195C2648A1D | 01/04/2019 23:28:37 | Blacked | 11/01/2018 | 11/25/2018 | PA0002136644 |
| 20 | 507E516DB1F7ED8BD291E77C7E357FDF30E3F23A | 01/12/2019 16:39:03 | Blacked | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 21 | 5F6FB8DFB2DFD2AC9E2B50F5AEE4780448746B4F | 12/30/2018 02:56:40 | Tushy | 06/10/2018 | 07/14/2018 | PA0002128387 |
| 22 | 61C5B2788912F13F21B410A1E98951191B126004 | 02/11/2019 22:40:49 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 23 | 62DEBABF5C6E7174BC6D60794659DE722532235B | 01/21/2019 14:27:50 | Tushy | 07/20/2017 | 08/11/2017 | PA0002046869 |
| 24 | 6368304AC758D02EE749428AC3ED172D336AD275 | 01/25/2019 22:33:08 | Blacked | 12/01/2018 | 01/22/2019 | PA0002149844 |
| 25 | 6677A34981ADD5ECD31DE1CA597F1FFC7F7D5D77 | 01/07/2019 02:41:40 | Blacked | 05/20/2018 | 07/14/2018 | PA0002128469 |
| 26 | 66882F76290D2AB7DD93C95E6BFA4DE73EB4E64F | 02/11/2019 22:43:54 | Tushy | 06/15/2017 | 07/07/2017 | PA0002070815 |
| 27 | 673A29DD856118A485EA6E5D6A9ACEE12CE8929A | 01/24/2019 01:20:47 | Vixen | 04/09/2017 | 06/05/2017 | PA0002052836 |
| 28 | 761FDAE7BA88E7455F875AF313DB0BC926429E95 | 02/09/2019 14:18:28 | Tushy | 06/30/2017 | 07/07/2017 | PA0002070818 |
| 29 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | 01/30/2019 11:45:41 | Blacked | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 30 | 780973D15BE6CFF0201FE4595ABA6E3BEBC5A576 | 01/19/2019 18:29:28 | Vixen | 11/20/2018 | 12/18/2018 | PA0002141925 |
| 31 | 78DCED6E44212D743038C380508211E522F44CBA | 12/25/2018 21:04:42 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 32 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | 02/10/2019 13:22:25 | Blacked | 06/04/2017 | 07/07/2017 | PA0002070826 |
| 33 | 92AD5108B5C9B43BA3D1B32FE2BA8BD4AB0DCD4E | 02/11/2019 23:23:41 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 34 | 9721A32E2CBD9B2BF2CB77378E346C80620F83E4 | 01/10/2019 23:42:49 | Vixen | 09/06/2017 | 09/15/2017 | PA0002052844 |
| 35 | 9D1114F2ED6D94B73577B2D61F135B08A65E782D | 02/10/2019 14:21:08 | Blacked | 11/11/2017 | 11/27/2017 | PA0002098000 |
| 36 | 9F8CFC413DBD418163B5C506BAC7A9580DD8B47C | 02/09/2019 13:47:12 | Vixen | 04/29/2017 | 06/15/2017 | PA0002037568 |

| Work | Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 37 | A86E36BB7686CC74980BDF6A7CE08543A16711B9 | 02/09/2019 04:37:10 | Vixen | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 38 | ABA6679BF8559143B35AA698BFA5B209D499EE98 | 02/05/2019 23:02:00 | Tushy | 01/26/2018 | 02/20/2018 | PA0002104196 |
| 39 | AFC531B085362979B96C312835CD0B84BC30091E | 12/30/2018 02:55:11 | Tushy | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 40 | BA0E7961B6DDEED2714E67193B52FB44D6B94F83 | 12/24/2018 23:59:44 | Vixen | 08/02/2017 | 08/17/2017 | PA0002077667 |
| 41 | BC8CCB2274A5E7EC5CC5AF8F5DC221BD4065CA2E | 01/19/2019 06:01:40 | Vixen | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 42 | BE1C986C39E269B6A3CE6F2E34AC0990906C8922 | 01/23/2019 21:35:36 | Tushy | 07/05/2017 | 07/06/2017 | PA0002041555 |
| 43 | CCE9FA128205198C6A014556AFF4DC9D7866B695 | 10/09/2018 23:45:09 | Tushy | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 44 | CDB428717D9C325AE13709F5E8B856BAA09B84D4 | 01/19/2019 02:04:30 | Blacked | 11/26/2018 | 12/18/2018 | PA0002141922 |
| 45 | D54BA7AE1530D53983C45EBE20D0A536FC8CF844 | 01/26/2019 18:30:13 | Blacked Raw | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 46 | D734D30068BDB61429C2667A7E57D7D4D58E8E69 | 12/30/2018 17:50:10 | Tushy | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 47 | E135DF22FAE94A7DEFE4329C8BB36859890C01A5 | 07/14/2018 18:55:37 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 48 | E6990CFF6229E49B81BC517342C9EB350EE10FB3 | 01/30/2019 00:31:19 | Blacked | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 49 | FC6C3F4348C53D3DC1DDD5949FAF4EB3399C6363 | 01/24/2019 02:44:41 | Tushy | 05/11/2018 | 05/24/2018 | PA0002101379 |